Filed 6/18/14  P. v. Roberson CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D065372 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCE328755) |
| JEFFREY ROBERSON, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, John M. Thompson, Judge.  Affirmed.

Steven J. Carroll, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Jeffrey Roberson pled guilty to attempted murder (Pen. Code, §§ 187, 664) during which he personally used a firearm (*id.*, § 12022.5, subd. (a)) and caused the victim great

bodily injury (*id.*, § 12022.7, subd. (a)).  In accordance with the stipulation of the parties, the trial court sentenced Roberson to prison for an aggregate term of 14 years.

Appointed appellate counsel filed a brief summarizing the facts and proceedings in the trial court.  Counsel presented no argument for reversal, but asked this court to review the record for error in accordance with *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).  Pursuant to *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel suggested as possible issues whether Roberson's guilty plea was constitutionally valid and whether there was a proper factual basis for the plea.  After we received counsel's brief, we notified Roberson by letter he could file a supplemental brief, but he did not respond.

We have reviewed the entire record pursuant to *Wende*, *supra*, 25 Cal.3d 436 and *Anders*, *supra*, 386 U.S. 738, and considered the issues suggested by counsel, but discerned no reasonably arguable appellate issues.  Roberson has been represented adequately by counsel on this appeal.

DISPOSITION

The judgment is affirmed.


IRION, J.

WE CONCUR:

McCONNELL, P. J.

BENKE, J.

2